FILED
Dec 16 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ trishl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNETH MAUREEN LANTZ,<br><br>Defendant. | Case No. '14 CR3611 BGS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C.,<br>Sec. 641 - Theft of Government Property (Misdemeanor) |

The United States Attorney Charges:

**INTRODUCTORY ALLEGATIONS**

At all times pertinent to this information:

1. Defendant JENNETH MAUREEN LANTZ was a lawful recipient of monthly disability compensation payments from the U.S. Department of Veterans Affairs.

2. As part of her disability compensation benefits, defendant JENNETH MAUREEN LANTZ also received additional monthly compensation for dependents.

//
//
//
//
//

AKP:lml:San Diego:12/16/14

3. JENNETH MAUREEN LANTZ and Kenneth Lantz married in 1987, and divorced in 2005. Defendant JENNETH MAUREEN LANTZ, although not entitled to do so, continued to receive additional monthly compensation benefits, because JENNETH MAUREEN LANTZ failed to inform the Veterans Affairs that she was divorced.

4. JENNETH MAUREEN LANTZ on the Veterans Affairs Form 21-0538, Status of Dependents Questionnaire dated November 15, 2010, checked the "yes" box indicating she was married. In the next question she answered that she was married to Kenneth Lantz.

5. In 2011, JENNETH MAUREEN LANTZ received a letter from the Veterans Affairs office informing her she was still receiving benefits for her husband Kenneth Lantz. In bold and italic print the letter stated "Let us know right away if there is any change in your marital status (for example death, divorce, annulment.)"

6. On April 24, 2014, defendant JENNETH MAUREEN LANTZ called the Department of Veterans Affairs to change her marital status to single. During the call, she informed the Department that she had been divorced since February 28, 2005. She also stated that she wanted to change her status because "she thinks a family friend turned them in and she doesn't want to get in trouble with the IG."

## Counts 1-3

On or about the dates set forth below, within the Southern District of California, defendant JENNETH MAUREEN LANTZ did knowingly steal, purloin, and convert to her own use monies belonging to the Department of Veteran's Affairs, a Department of the United States, in amounts set forth below:

//
//

2

| Count | Date | Amount |
|-------|------|--------|
| 1 | 12/01/11 | $150.00 |
| 2 | 11/30/12 | $155.00 |
| 3 | 05/01/13 | $157.00 |

All in violation of Title 18, United States Code, Section 641.

DATED: December 9, 2014

LAURA E. DUFFY
UNITED STATES ATTORNEY

*Anne Perry* (signature)

Anne Kristina Perry
Assistant U.S. Attorney